IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LLOYD O'CONNOR, | |
| Plaintiff, | **8:24CV443** |
| vs. | |
| UNION PACIFIC RAILROAD CO., | **FINAL PROGRESSION ORDER** |
| | **(AMENDED)** |
| Defendant. | |

The parties' Joint Motion to Modify Amended Final Progression Order, Filing No. 46, is granted.

Accordingly,

IT IS ORDERED that the final progression order is amended as follows:

1) The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings currently set for March 31, 2026 is <u>continued</u> and will be held with the undersigned magistrate judge on **June 30, 2026** at **2:00 p.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is May 4, 2026.

3) The deadline for filing motions to dismiss and motions for summary judgment is June 29, 2026.

4) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is June 29, 2026.

5) Motions in limine shall be filed twenty-eight days before trial. It is not the

1

2

normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

6)    All other deadlines and provisions in the Court's prior final progression orders not amended herein remain unchanged.

Dated this 2nd day of February, 2026.


BY THE COURT:


*s/ Jacqueline M. DeLuca*

United States Magistrate Judge