IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LLOYD O'CONNOR,<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>Defendant. | **8:24CV443**<br><br><br>**FINAL PROGRESSION ORDER**<br><br>**(AMENDED)** |

The Court grants the parties' Joint Motion to Modify the Final Progression Order, Filing No. 56. Upon conferring with counsel for the parties, the Court also sets damage-only expert deadlines at this time.

Accordingly,

IT IS ORDERED that the final progression order is amended as follows:

1) The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings currently set for June 30, 2026 is <u>continued</u> and will be held with the undersigned magistrate judge on **July 28, 2026** at **10:30 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) **The deadline for complete expert disclosures for damage-only experts is December 1, 2026.**

1

3)      The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is July 6, 2026.

4)      The deadline for filing motions to dismiss and motions for summary judgment is August 28, 2026.

5)      The deadline for filing motions to exclude testimony on *Daubert* and related grounds is August 28, 2026. **The deadline for filing motions to exclude testimony on *Daubert* and related grounds for damage-only experts is December 31, 2026**.

6)      Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

7)      All other deadlines and provisions in the Court's prior final progression orders not amended herein remain unchanged.

Dated this 5th day of May, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge

2